# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### ST LOUIS MO

| | |
|---|---|
| In Re: | Case No. 18-43921 |
| Christopher T Clubb<br>Cassandra M Clubb | Chapter 13 |
| Debtors. | Judge Kathy A. Surratt-States |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                3
Last 4 Digits of Account Number:   0441

| Current Address for Notices: | **NEW** Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | **NEW** Address for Payments (Effective Immediately): |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on January 14, 2020, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Corrine Elaine Edwards, Debtors' Counsel
    WaltersandEdwards@gmail.com

    Diana S. Daugherty, Chapter 13 Trustee
    standing_trustee@ch13stl.com

    Office of the United States Trustee
    USTPRegion13.SL.ECF@USDOJ.gov

I further certify that on January 14, 2020, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Christopher T Clubb, Debtor
    Cassandra M Clubb, Debtor
    526 Great Oaks Meadow Drive
    Wentzville MO 63385

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com